DANA JONATHON NITZ
NEVADA BAR NO. 50
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:     702.228.7717
Facsimile:      702.228.8824
Email:           dnitz@selmanlaw.com

Attorneys for Defendant Lyft, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA SUE SATCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>LYFT, INC.; DOE DRIVER; DOES II through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. | Case No.<br><br>**DEFENDANT LYFT, INC.'S PETITION FOR REMOVAL** |

Defendant Lyft, Inc. (hereinafter "defendant"), by and through its attorneys of record Selman Breitman LLP, hereby submits the following Statement of Removal.

**1. The date on which you were served with a copy of the complaint.**

Response: Service of plaintiff's complaint upon defendant was made by acceptance of service through CT Corporate System on May 26, 2020 (see attached Exhibit A). Defendant was first named as the defendant party to this suit by way of plaintiff's complaint.

**2. The date on which you were served with a copy of the summons.**

Response: Service of Summons to plaintiff's complaint upon defendant was made through CT Corporate System on May 26, 2020 (see attached Exhibit A).

**3. In removals based on diversity jurisdiction, the names of any served defendants**

**who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy.**

<u>Response</u>: Removal is based on the amount of controversy and diversity jurisdiction/citizenship.

According to plaintiff's complaint, plaintiff was at all times relevant to this action, a resident of the State of Nevada.

Defendant Lyft Inc., is and was, at all times relevant, a Delaware corporation with its principal place of business in the State of California.

The allegations in plaintiff's complaint inlcude:

"At all times relevant hereto, Defendant LYFT was and still is a common carrier that transports members of the public for profit and therefore has a duty to use the highest degree of care and breached such duty as discussed herein."

"At all times relevant hereto, particularly on or about June 23,2018, Plaintiff was a passenger that entered Defendants' vehicle on or near Fremont Street in Clark County, Nevada."

"At all times relevant hereto, Defendant DOE DRIVER aka JOSE owned Defendants' vehicle."

"At all times relevant hereto. Defendant JOSE, while in the course and scope of his employment and/or agency with Defendant LYFT, operated Defendants' vehicle with the consent, permission and acquiescence of Defendant LYFT."

"Defendant JOSE negligently, maliciously, and with a ^'conscious disregard" for Plaintiffs safety, knowingly operated Defendants' vehicle in an unsafe manner, including accelerating at a dangerous speed from a stop, as Plaintiff attempted to enter Defendants' vehicle, which caused injury to Plaintiff."

"At all times relevant hereto, Defendant LYFT owned, maintained, and/or controlled Defendants' vehicle, which was driven by Defendant JOSE."

"At all times relevant hereto, Defendant LYFT, or by its employees, agents or assigns,' negligently, carelessly and recklessly allowed Defendant JOSE to operate

6007 48299 4845-1564-6657 .v1

Defendants' vehicle."

And as a direct and proximate result, "Plaintiff incurred and continues to incur emotional distress, pain and suffering, loss of enjoyment of life, loss of household services, lost wages, lost earning capacity, medical expenses, and future medical expenses, all to Plaintiff's general and special damages in an amount in excess of fifteen thousand dollars ($15,000.00)."

**If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

<u>Response</u>: Not applicable.

4. **In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons this action should not be summarily remanded to the state court.**

<u>Response</u>: Not Applicable

5. **The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.**

<u>Response</u>: Not Applicable.

DATED: June 24, 2020          SELMAN BREITMAN LLP

By:      /s/ Dana Jonathon Nitz
DANA JONATHON NITZ
NEVADA BAR NO. 50
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Phone: 702.228.7717
Facsimile: 702.228.8824
Attorneys for Defendant Lyft, Inc.

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify that on the 24th day of June 2020, a copy of **DEFENDANT LYFT, INC.'S PETITION FOR REMOVAL E** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

>                                    */s/ Bonnie Kerkhoff Juarez*
>                                    BONNIE KERKHOFF JUAREZ
>                                    An Employee of Selman Breitman LLP

6007 48299 4845-1564-6657 .v1

# EXHIBIT A

# ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT UPON CT CORPORATE SYSTEM

 **CT Corporation**

**Service of Process Transmittal**
05/26/2020
CT Log Number 537709197

**TO:** VIRAJ TELANG
LYFT, INC.
185 Berry St Ste 5000
San Francisco, CA 94107

**RE:** **Process Served in Nevada**

**FOR:** Lyft, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BRENDA SUE SATCHELL, PLTF. vs. LYFT, INC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | . |
| **COURT/AGENCY:** | None Specified<br>Case # A20815081C |
| **NATURE OF ACTION:** | Employee Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/26/2020 at 14:13 |
| **JURISDICTION SERVED:** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/26/2020, Expected Purge Date: 05/31/2020 |
| | Image SOP |
| | Email Notification, Adrienne Young  adrienneyoung@lyft.com |
| | Email Notification, John Pellegrini  jpellegrini@lyft.com |
| | Email Notification, SAM GALL  sgall@lyft.com |
| | Email Notification, ARIELLE STEPHENSON  astephenson@lyft.com |
| | Email Notification, SOP CONNECTOR  gdouglas@lyft.com |
| | Email Notification, RAVEN NORRIS  rnorris@lyft.com |
| | Email Notification, VIRAJ TELANG  virajt@lyft.com |
| | Email Notification, ADAM JACOBS  ajacobs@lyft.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 LaSalle Ave<br>Suite 814 |

Page 1 of 2 / KN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 **CT Corporation**

**Service of Process Transmittal**
05/26/2020
CT Log Number 537709197

**TO:** VIRAJ TELANG
LYFT, INC.
185 Berry St Ste 5000
San Francisco, CA 94107

**RE:** **Process Served in Nevada**

**FOR:** Lyft, Inc. (Domestic State: DE)

Chicago, IL 60604

**For Questions:** 866-539-8692
CorporationTeam@wolterskluwer.com

Page 2 of 2 / KN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.